Accrual Basis

# PersonalOffice Inc.
# Balance Sheet
**As of April 30, 2008**

|  | Apr 30, 08 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100-000 · Cash in Bank and On Hand | |
| 100-100 · Charter Bank | 19,717.46 |
| Total 100-000 · Cash in Bank and On Hand | 19,717.46 |
| **Total Checking/Savings** | 19,717.46 |
| **Accounts Receivable** | |
| 110-001 · Customer Receivables | 272,164.13 |
| **Total Accounts Receivable** | 272,164.13 |
| **Other Current Assets** | |
| 150-001 · Prepaid Expense | 555.60 |
| **Total Other Current Assets** | 555.60 |
| **Total Current Assets** | 292,437.19 |
| **Fixed Assets** | |
| 182-000 · Switching Equipment | |
| 182-100 · Switching Equipment | 257,879.79 |
| 182-110 · Accumulated Depreciation | -155,642.92 |
| Total 182-000 · Switching Equipment | 102,236.87 |
| **Total Fixed Assets** | 102,236.87 |
| **Other Assets** | |
| 190-001 · Stock Subscriptions Receivable | 9,700.00 |
| **Total Other Assets** | 9,700.00 |
| **TOTAL ASSETS** | **404,374.06** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200-001 · Trade Payables | 214,021.41 |
| **Total Accounts Payable** | 214,021.41 |
| **Credit Cards** | |
| 210-001 · AMERICAN EXPRESS PLATINUM 81001 | 26,319.98 |
| 216-001 · CITIBUSINESS PLATINUM 7976/1841 | 8,052.97 |
| 226-001 · Bank of America 4605 | 8,540.57 |
| **Total Credit Cards** | 42,913.52 |
| **Other Current Liabilities** | |
| 240-000 · Notes Payable | |
| 240-100 · 925 Investors | 126,289.24 |
| 240-120 · CAL Communications | 3,946.57 |
| Total 240-000 · Notes Payable | 130,235.81 |
| 285-000 · Other Accrued Expense | |
| 285-900 · Other | 1,036.73 |
| Total 285-000 · Other Accrued Expense | 1,036.73 |
| **Total Other Current Liabilities** | 131,272.54 |
| **Total Current Liabilities** | 388,207.47 |
| **Total Liabilities** | 388,207.47 |
| **Equity** | |
| 310-001 · Additional Paid-In Capital | 10,000.00 |
| 330-001 · Retained Earnings | 7,283.55 |
| Net Income | -1,116.96 |
| **Total Equity** | 16,166.59 |
| **TOTAL LIABILITIES & EQUITY** | **404,374.06** |

**Accrual Basis**

# PersonalOffice Inc.
## Profit & Loss
### January through April 2008

|  | Jan - Apr 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 470-000 · Telephony Sales | |
| 470-100 · CABS Revenue | 400.00 |
| 470-110 · Local Phone Service | 262,511.16 |
| 470-120 · Long Distance Service | 19,724.49 |
| 470-130 · Personal Office System | 50,959.72 |
| **Total 470-000 · Telephony Sales** | 333,595.37 |
| **Total Income** | 333,595.37 |
| **Cost of Goods Sold** | |
| 510-001 · COS Commission Exp | 4,710.07 |
| 525-001 · COS Customer Service Exp | 25,378.31 |
| 570-000 · COS Telephony Sales Exp | |
| 570-110 · COS Local Phone Service | 206,918.87 |
| 570-120 · COS Long Distance Service | 4,114.41 |
| 570-130 · COS Personal Office System | 44,085.06 |
| **Total 570-000 · COS Telephony Sales Exp** | 255,118.34 |
| 595-000 · COS Other Exp | |
| 595-130 · COS Merchant Fees | 2,689.09 |
| **Total 595-000 · COS Other Exp** | 2,689.09 |
| **Total COGS** | 287,895.81 |
| **Gross Profit** | 45,699.56 |
| **Expense** | |
| 605-000 · Auto Expense | |
| 605-100 · Fuel | 486.31 |
| **Total 605-000 · Auto Expense** | 486.31 |
| 615-001 · Bank Charges | 288.50 |
| 620-000 · Business Promo | |
| 620-100 · Dining | 5.49 |
| **Total 620-000 · Business Promo** | 5.49 |
| 650-001 · Facilities Mgmt/Rent | 1,600.00 |
| 670-001 · Late Fees | 1,687.88 |
| 690-001 · Office Expense & Supplies | 1,047.08 |
| 705-001 · Postage & Delivery | 2,076.15 |
| 710-000 · Professional Services | |
| 710-100 · Accounting | 3,828.00 |
| 710-110 · Consulting | 2,444.00 |
| **Total 710-000 · Professional Services** | 6,272.00 |
| 715-000 · Repairs & Maintenance | |
| 715-110 · Equipment | 1,500.00 |
| **Total 715-000 · Repairs & Maintenance** | 1,500.00 |
| 720-000 · Software Expense | |
| 720-100 · Developer Services | 5,118.75 |
| **Total 720-000 · Software Expense** | 5,118.75 |
| 725-000 · Technical Services | |
| 725-100 · Contract Services | 1,980.00 |
| **Total 725-000 · Technical Services** | 1,980.00 |
| 735-000 · Travel & Entertainment | |
| 735-120 · Local Transportation | 46.00 |
| **Total 735-000 · Travel & Entertainment** | 46.00 |
| 745-000 · Web Presence | |
| 745-100 · Hosting | 219.80 |
| 745-900 · Other | 58.00 |
| **Total 745-000 · Web Presence** | 277.80 |
| **Total Expense** | 22,385.96 |
| **Net Ordinary Income** | 23,313.60 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 850-000 · Interest | |

**Accrual Basis**

# PersonalOffice Inc.
## Profit & Loss
### January through April 2008

|  | Jan - Apr 08 |
|---|---:|
| **850-100 · Credit Cards** | 1,247.31 |
| **850-120 · Tax** | 64.85 |
| **Total 850-000 · Interest** | 1,312.16 |
| **860-001 · Depreciation** | 2,052.88 |
| **865-000 · Tax Expense (Non-Payroll)** | |
| **865-100 · Federal Income** | 3,911.97 |
| **865-130 · Telecom Tax** | 17,128.55 |
| **865-900 · Other** | 25.00 |
| **Total 865-000 · Tax Expense (Non-Payroll)** | 21,065.52 |
| **Total Other Expense** | 24,430.56 |
| **Net Other Income** | -24,430.56 |
| **Net Income** | **-1,116.96** |

# PersonalOffice Inc.
## Statement of Cash Flows
**January through April 2008**

|  | Jan - Apr 08 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,116.96 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 110-001 · Customer Receivables | -52,270.44 |
| 150-001 · Prepaid Expense | 1,107.57 |
| 200-001 · Trade Payables | 46,981.41 |
| 210-001 · AMERICAN EXPRESS PLATINUM 81001 | 1,612.18 |
| 216-001 · CITIBUSINESS PLATINUM 7976/1841 | 6,712.61 |
| 226-001 · Bank of America 4605 | -2,551.93 |
| 285-000 · Other Accrued Expense:285-900 · Other | -249.98 |
| **Net cash provided by Operating Activities** | 224.46 |
| **INVESTING ACTIVITIES** | |
| 182-000 · Switching Equipment:182-110 · Accumulated Depreciation | 2,052.88 |
| **Net cash provided by Investing Activities** | 2,052.88 |
| **Net cash increase for period** | 2,277.34 |
| **Cash at beginning of period** | 17,440.12 |
| **Cash at end of period** | **19,717.46** |